UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                      Case No. 25-MJ-542(SCD)

JASPREET SINGH,

Defendant.

### IN THE MATTER OF THE APPLICATION AND ORDER FOR
### A WRIT OF HABEAS CORPUS FOR PROSECUTION

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this Court for a writ to secure the **ZOOM APPEARANCE** of the following Defendant, who is in DHS-ICE Custody and believed to be confined at the **DODGE COUNTY DETENTION FACILITY**, for the following judicial proceeding:

**Defendant:**   **Jaspreet Singh, DOB: XX/XX/2001**
**Proceeding:**  **Arraignment and Plea/Preliminary hearing**
**Date/Time:**  **11/10/2025 at 11:30am via Zoom Video Conference**
**Before:**     **United States Magistrate Judge Stephen C. Dries**
            **ZOOM INFORMATION**
            **Meeting ID: 160 116 2070**
            **Password: 590256**

Respectfully submitted this 7th day of November 2025.

RICHARD J. FROHLING
Acting United States Attorney

*/s/ Peter J. Smyczek*
PETER J. SMYCZEK
Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of Habeas Corpus for Prosecution as requested:

Dated at Milwaukee, Wisconsin, this 7th day of November 2025.

HONORABLE NANCY JOSEPH
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                      Case No. 25-MJ-542(SCD)

JASPREET SINGH,

Defendant.

**WRIT OF HABEAS CORPUS FOR PROSECUTION**

**To:     WARDEN OR SUPERINTENDENT, DODGE COUNTY DETENTION FACILITY OR ANY OTHER PERSON HAVING CUSTODY OF THE DEFENDANT, THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF WISCONSIN, AND ANY UNITED STATES MARSHAL OF ANY DISTRICT WHEREIN THE DEFENDANT MAY BE IN CUSTODY**.

It is HEREBY ORDERED that you have **Jaspreet Singh, DOB: 10/25/2001**, now detained at the **Dodge County Detention Facility** produced under safe and secure conduct, to The Honorable Stephen C. Dries, **via ZOOM VIDEO CONFERENCE**, commencing on **11/10/2025 at 11:30am** for the purpose of an **Arraignment and Plea/Preliminary hearing.**

**ZOOM INFORMATION**
**Meeting ID: 160 116 2070**
**Password: 590256**

IT IS FURTHER ORDERED that at the completion of said proceedings, you return the prisoner to said institution promptly, or within any other specific timeframe set by the United States District Court for the Eastern District of Wisconsin, under safe and secure conduct.

WITNESS, The Honorable Nancy Joseph, United States Magistrate Judge for the Eastern District of Wisconsin, at Milwaukee, in the State and Eastern District of Wisconsin, on this  7th  day of November 2025.



LINDA M. LEMM
Clerk of Court

BY:      /s/B. Xiong
         Deputy Clerk